

www.shb.com

May 18, 2011

**Amy Crouch**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2143 DD
816.421.5547 Fax
amcrouch@shb.com

**VIA CM/ECF**

Hon. Brian M. Cogan
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: In re Bayer Corp. Combination Aspirin Litigation, Case No. 09-MD-2023 (E.D.N.Y.)

Dear Judge Cogan:

Pursuant to this Court's Individual Practices, Section I.E., Bayer writes to request an agreed upon extension of time for two deadlines: a one-week extension of the deadline to file Bayer's opposition to class certification and a ten-day extension for Plaintiffs to file their reply brief. The original deadlines for those filings were May 31 and June 14, respectively. Bayer requests a one-week extension of its deadline to June 7 and a 10-day extension of Plaintiffs' deadline to June 24.

Bayer has previously requested one extension of time to respond to Plaintiffs' class certification brief. The Court granted that request on February 24, 2011. (*See* Dkt. No. 118). Bayer does not believe that these extensions will impact any other schedules related to this litigation.

Bayer thanks the Court for its time and consideration.

Respectfully Submitted,

Date: May 18, 2011

By: /s/ Amy M. Crouch

Eric M. Anielak
John K. Sherk III
James P. Muehlberger
Amy M. Crouch
SHOOK HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

4494256 v1



www.shb.com

May 18, 2011
Page 2

Adam L. Hoeflich
Kaspar J. Stoffelmayr
Carolyn J. Frantz
Cindy L. Sobol
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
Tel:  (312) 494-4400
Fax: (312) 494-4440

Scott Zimmerman
HEIDELL, PITTONI, MURPHY & BACH, LLP
99 Park Avenue
New York, NY  10016
Tel: (212) 286-8585
Fax: (212) 490-8966

*Counsel for Defendant Bayer HealthCare LLC*

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

4494256 v1