Michael Salander
407135
501 W. Hwy 66
Kingman AZ 86401

U.S court. Eastern District of NY
225 Cadman Plaza East
Brooklyn, New York 11201

To Whom it Concerns: I need info on the Bayer Aspirin Settlement. I would like the appointed representation to send a claim form and information to me. at:

Michael Selander
40713
501 W. Hwy 66
Kingman, Az 86401

09MD2023 (BBC)