**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ---------------------------------------------------<br>**IN RE: BAYER CORP. COMBINATION ASPIRIN PRODUCTS MARKETING AND SALES PRACTICES LITIGATION** | **SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**09-MD-2023 (BMC)**<br><br>THIS DOCUMENT RELATES TO:<br>All Cases |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Bayer HealthCare LLC files this supplemental corporate disclosure and states that Bayer HealthCare LLC is a wholly-owned subsidiary of Bayer Corporation, which was a wholly-owned subsidiary of Bayer AG but is now a wholly-owned subsidiary of Bayer World Investments B.V.

Dated: January 04, 2013

/s/ Adam L. Hoeflich
Adam L. Hoeflich
Carolyn J. Frantz
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440

*Counsel for Defendant Bayer HealthCare LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2013, a true and correct copy of the foregoing document entitled **SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court for the Eastern District of New York using the CM/ECF System and delivered to the following counsel by U.S. Mail:

Michael London
Virginia Anello
Douglas & London, P.C.
111 John Street, 14th Floor
New York, NY 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

Elizabeth A. Fegan
Daniel J. Kurowski
Hagens Berman Sobol Shapiro, LLP
1144 Lake St., Ste. 400
Oak Park, IL 60301
Phone: (708) 776-5604
Fax: (708) 776-5601
Email: beth@hbsslaw.com

*Attorneys for Plaintiffs*

/s/ Adam L. Hoeflich
Attorney for Bayer HealthCare LLC