UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 13 2013 ★

BROOKLYN OFFICE

| | |
|---|---|
| In re: Bayer Corp. Combination Aspirin Prods. Mktg & Sales Practices Litigation. | Case No.: 09-MD-2023<br><br>Judge Brian M. Cogan |

To The Honorable Judge Brian M. Cogan:

Notice is hereby given that Shelley Stevens, Class Member and Objector, hereby appeals to the United States Court of Appeals for the 2nd Circuit from the Order Granting Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; Final Judgment (Document No. 234), which was entered on April 11, 2013.

Respectfully submitted,

*[signature]*

Shelley Stevens.
c/o Thomas L. Cox, Jr.
S. B. 04964400
4934 Tremont
Dallas, Texas 75214
(469) 531-3313
tcox009@yahoo.com

NOTICE OF APPEAL.- 1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon the following by U.S. Mail on May 10th, 2013:

Clerk of The Court
225 Cadman Plaza East
Brooklyn, New York 11201

Counsel for Plaintiff:
Elizabeth A. Fegan, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301-1043

Counsel for Defendant:
Adam Hoeflich, Esq.
BARTLIT BECK HERMAN PALECHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654

*Shelly Stevens* (signature)
Shelly Stevens



```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653058848
Cashier ID: riquelme
Transaction Date: 05/13/2013
Payer Name: TOM COX
---------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: TOM COX
 Case/Party: D-NYE-1-09-MD-002023-000
 Amount:         $455.00
---------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $455.00
---------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Appeal filed by Thomas L. Cox from
the Cox Firm
```