UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Bayer Corp. Combination Aspirin Prods. Mktg & Sales Practices Litigation. | Case No.: 09-MD-2023<br><br>Judge Brian M. Cogan |

Notice is hereby given that Janis Johnson, Class Member and Objector, hereby appeals to the United States Court of Appeals for the 2nd Circuit from the Order Granting Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; Final Judgment (Document No. 234), which was entered on April 11, 2013.

Respectfully submitted,

Janis Johnson.
c/o Gary W. Sibley
S. B. 18337700
2602 McKinney Ave, Suite 210
Dallas, Texas 75204
(214) 522-5222 (Phone)
(214) 855-7878 (Fax)

NOTICE OF APPEAL.- 1

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653058847
Cashier ID: riquelme
Transaction Date: 05/13/2013
Payer Name: GARY W SIBLEY
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GARY W SIBLEY
 Case/Party: D-NYE-1-09-MD-002023-000
 Amount:       $455.00
-------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $455.00
-------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Appeal filed by Gary W. Sibley at
the Sibley Law Firm
```

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon the following by U.S. Mail on May ____, 2013:

<u>Clerk of The Court</u>
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Counsel for Plaintiff:</u>
Elizabeth A. Fegan, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301-1043

<u>Counsel for Defendant:</u>
Adam Hoeflich, Esq.
BARTLIT BECK HERMAN PALECHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654

*[signature]*
Janis Johnson.